IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>CURRENT MASTER JURY WHEEL (12/20)<br>NEW MASTER JURY WHEEL (02/23)<br>JS-12 REPORTS<br>CURRENT QUALIFIED JURY WHEEL (06/21)<br>NEW QUALIFIED JURY WHEEL (06/23) | Case No. 23-MC-235 |
|---|---|

## ORDER

**WHEREAS** the current Master Jury Wheel of this District was established from the voter registration rolls from the November 2020 General Election, and,

**WHEREAS** 28 U.S.C. §1863(b)(4) requires that such Master Jury Wheel be periodically emptied and refilled, the interval for which shall not exceed two years as provided by the *Plan of the United States District Court for the Western District of Pennsylvania for the Random Selection of Grand and Petit Jurors* effective March 20, 2020 (the "Jury Plan").

**THEREFORE, IT IS HEREBY ORDERED** that the Clerk of this Court is directed to establish a new Master Jury Wheel from the November 2022 Voter Registration Rolls, and take the following actions forthwith:

1. Pursuant to the Jury Plan, and by a purely random selection of all names through the use of a properly programmed data computer using methodology approved by the National Institute of Standards and Technology (NIST), establish new Master Jury Wheels for the Pittsburgh, Erie and Johnstown Divisions of this Court.

2. As required by 28 U.S.C. §1863(a), conduct a sampling of the Master Jury Wheel distribution and prepare a report for the comparison of jury data against the United States Census information for each division. This data will be compiled and maintained by the Clerk of the District Court.

3. Solicit responses to a Juror Qualification Questionnaire from prospective jurors to obtain information necessary to determine qualification for jury service. Enter qualified prospective jurors into the Qualified Jury Wheels for the Pittsburgh, Erie, and Johnstown Divisions.

4. Upon filling the New Master Jury Wheels, the Clerk will officially replace the old Master Jury Wheels.

1

    5. Upon refilling the New Qualified Jury Wheels, the old Qualified Jury Wheels will be officially terminated.

    6. After completion of the above, the Clerk will take all necessary steps to submit for the Court's consideration and approval the orders necessary for the drawing at random from the Qualified Jury Wheel such number of jurors as may be required for grand and/or petit jury panels to be summoned in each respective division beginning June 1, 2023, through May 31, 2024.

Date: 3/6/2023

_____
Mark R. Hornak, Chief Judge