IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>CURRENT MASTER JURY WHEEL (12/20)<br>NEW MASTER JURY WHEEL (02/23)<br>JS-12 REPORTS<br>CURRENT QUALIFIED JURY WHEEL (06/21)<br>NEW QUALIFIED JURY WHEEL (06/23) | Administrative Order 2025-10<br>Case Nos. 23-mc-00235 and<br>24-mc-10001 |
|---|---|

# O R D E R

    **WHEREAS,** the current Master Jury Wheel of this District was established from the voter registration rolls from the November 2022 General Election,

    **WHEREAS** 28 U.S.C. §1863(b)(4) requires that such Master Jury Wheel be periodically emptied and refilled, the interval for which shall not exceed two years as provided by the *Plan of the United States District Court for the Western District of Pennsylvania for the Random Selection of Grand and Petit Jurors* effective March 20, 2020 (the "Jury Plan"),

    **WHEREAS** the Clerk of this Court was directed to establish new Master Jury Wheels from the November 2024 Voter Registration Rolls after receipt of Department of State, Commonwealth of Pennsylvania certification of November 2024 Voter Registration Rolls,

    **WHEREAS** additional time is necessary to qualify residents within the twenty-five counties of the Court's jurisdiction for potential jury selection from the qualified wheel for each division of the Court.

    **NOW THEREFORE,** it is hereby ordered that the Clerk of Court shall have until June 30, 2025, to officially terminate the current Qualified Wheel. All other requirements in connection with the above referenced jury wheels will remain unchanged and in accordance with the Jury Plan and the Order entered by the undersigned on March 7, 2023.

Date:  May 28, 2025

                                                         *s/Mark R. Hornak*
                                                         Mark R. Hornak
                                                         Chief United States District Judge